GOLDSTEIN v. GUEDALIA et al.

(Supreme Court, Appellate Division, First Department. May 19, 1899.)

APPEAL—SHORT DECISION—EXCEPTIONS.
    A short decision, not stating separately the facts found and exceptions taken on the trial, will not be reviewed unless the decision is excepted to, as required by Code Civ. Proc. § 1022.

Appeal from special term.
Action by Mary L. Goldstein against Aaron Guedalia and others. There was a judgment for defendants, and plaintiff appeals.    Affirmed.
Argued before VAN BRUNT, P. J., and BARRETT, RUMSEY, PATTERSON, and O'BRIEN, JJ.

Alfred G. Reeves, for appellant.
Henry M. Goldfogle, for respondents.

PER CURIAM. The decision which was filed in this case contained no separate statement of facts and conclusions of law, but was a short decision, as permitted by section 1022 of the Code of Civil Procedure. No exceptions were filed to it, as required by that section. We have recently held that where such is the case the court has no power to review either the decision of the court or any exceptions taken during the progress of the trial. Thompson v. Schwartz (March, 1899) 57 N. Y. Supp. 416; Van Vleck v. Ballou (May, 1899), 58 N. Y. Supp. 125.· The judgment therefore must be affirmed, with costs.